# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO: 14-CR-229-1 |
| VERSUS | : | JUDGE DONALD E. WALTER |
| MICHAEL WAYNE GIESE (1) | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #55], in addition to the reasons orally assigned at the change-of-plea hearing, [Doc. #61], and having thoroughly reviewed the record, noting the defendant's waiver of objections to the Magistrate Judge's Report and Recommendation, [Doc. #51], the undersigned concurs with the findings of the Magistrate Judge under the applicable law. Accordingly:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **MICHAEL WAYNE GIESE** on June 15, 2015 before Magistrate Judge Kathleen Kay be and is hereby **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11. Sentencing in this matter remains set for **Monday, October 19, 2015, at 10:00 am** in Lake Charles, Louisiana.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this 17 day of June, 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE